UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANGELA W. JEFFERSON

v.    CA 09-537 ML

ROBERT M. GATES,
SECRETARY OF DEFENSE

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on July 2, 2010. Magistrate Judge Martin recommends that Defendant's Motion to Dismiss be granted as to all of Plaintiff's claims.

Plaintiff has filed a "Motion for Withdrawal" in which she "requests the court to grant [her] motion to withdraw all charges and action. . ." in this matter. The Court takes Plaintiff's "Motion for Withdrawal" to be an attempt to voluntarily dismiss her case pursuant to Fed. R. Civ. Pro. 41(a)(i). Plaintiff has not, however, filed any objection to the Report and Recommendation and the time for doing so has passed.

This Court has reviewed the Magistrate Judge's Report and Recommendation and finds his legal conclusions to be sound. Accordingly, the Court adopts the Report and Recommendation. Defendant's Motion to Dismiss is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
July 22, 2010